## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 14, 2018

Mr. Ronald Satish Emrit
8756 Las Vegas Court
Apartment 2023
Fort Worth, TX 76116

        Re: Case No. 17-4178, *Ronald Emrit v. Memorial Hosp/Joe DiMaggio*
            Originating Case No. : 1:17-cv-00596

Dear Mr. Emrit:

  The Court issued the enclosed Order today in this case.

                            Sincerely yours,

                            s/Jeanine R. Hance
                            Case Manager
                            Direct Dial No. 513-564-7037

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

No. 17-4178

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
                                          FILED
RONALD SATISH EMRIT,              )      Mar 14, 2018
                                  )    DEBORAH S. HUNT, Clerk
      Plaintiff-Appellant,        )
                                  )
v.                                )     O R D E R
                                  )
MEMORIAL HOSPITAL/JOE DIMAGGIO    )
HOSPITAL,                         )
                                  )
      Defendant-Appellee.         )
                                  )
```

Before: SUHRHEINRICH and KETHLEDGE, Circuit Judges; HOOD, District Judge.[*]

This matter is before the court upon initial consideration to determine whether this appeal was taken from an appealable order.

Ronald Satish Emrit filed a complaint in the United States District Court for the Southern District of Ohio on September 11, 2017. The district court entered an order on September 15, 2017, determining that Florida was the proper venue for the case and transferring the action to the federal district court in Florida. Emrit appealed from the transfer order on November 7, 2017.

An order transferring an action from one district court to another is not a final or appealable order. *Hadix v. Johnson*, 228 F.3d 662, 669 (6th Cir. 2000); *Cruz v. Ridge*, 383 F.3d 62, 64-65 (2d Cir. 2004); *Carefirst of Md., Inc. v. Carefirst Urgent Care Ctr.* (*In re Carefirst of Md., Inc.*), 305 F.3d 253, 256, 262 (4th Cir. 2002).

---

[*]The Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.

No. 17-4178
- 2 -

It is ordered that appeal No. 17-4178 is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk